# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2018

### NO. 03-18-00279-CV

**David E. Jones, Appellant**

**v.**

**Dr. Alissa Sherry; Alissa Sherry Consulting, PLLC;
Legal Consensus, PLLC; Michelle Munevar, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 20, 2018. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.